UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE YOUNG,

                Plaintiff,

      - against -

HARDWARE WORLD LLC,

                Defendant.

21-cv-2785 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until August 12, 2021. If service is not made by August 12, 2021, the case will be dismissed without prejudice for failure to prosecute.

    SO ORDERED.

Dated:    New York, New York
          July 22, 2021

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

1